UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOMER AVRAHAM MD PLASTIC SURGERY LLC,

        Plaintiff,

v.

ANTHEM HEALTHCHOICE ASSURANCE, INC. d/b/a ANTHEM BLUE CROSS BLUE SHIELD,

        Defendant.

25-CV-8478 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. Plaintiff has filed a petition to confirm several Independent Dispute Resolution ("IDR") awards pursuant to the No Suprises Act ("NSA"). *See* Dkt. No. 1 ("Compl.").

    It is hereby:

    ORDERED that Plaintiff shall file and serve any additional materials with which it intends to support its motion to enforce the arbitration awards by November 6, 2025. Defendant may file any opposition by November 21, 2025. Plaintiff's reply, if any, is due on December 5, 2025.

    IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Defendant.

Dated:    October 16, 2025
             New York, New York

                                                  Ronnie Abrams
                                                United States District Judge

SO ORDERED.