**troutman pepper locke**

Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**Matthew J. Aaronson**
D 212.704.6006
matthew.aaronson@troutman.com

November 13, 2025

**VIA ECF**

Hon. Ronnie Abrams
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
November 14, 2025

Re: *Tomer Avraham MD Plastic Surgery LLC v. Anthem HealthChoice Assurance, Inc. et al.*
Civil Action No. 1:25-cv-08478
Joint Request for Adjournment of Deadlines

Your Honor:

This firm represents Defendant Anthem Blue Cross Blue Shield f/k/a Empire Blue Cross Blue Shield ("Anthem") in the above-referenced action. Anthem writes to advise the Court that the undersigned has provided Plaintiff's counsel with an executed Waiver of Service of the Summons and Complaint, setting Anthem's response deadline as January 12, 2026. Anthem is currently undertaking a fulsome review of the claims at issue to prepare its response.

Accordingly, the parties request that Anthem's deadline to file any opposition to Plaintiff's Petition (Dkt. No. 1), currently set for November 21, 2025, be adjourned to Monday, January 12, 2026 and Plaintiff's reply, if any, currently set for December 5, 2025, be adjourned to Monday, January 26, 2026.

This is the parties' first request for an adjournment and Plaintiff joins in this request.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

Matthew J. Aaronson

cc:   All Counsel of Record (via ECF)

322022184v1